**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DILENIA PAGUADA, on behalf of herself and
all others similarly situated,

                              Plaintiffs,

                    -against-


TECOVAS, INC.
                    Defendant.

Case No. 1:20-cv-07946-JMF

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITH PREJUDICE**


        **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be

and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs,

or disbursements, or attorneys' fees to any party.


Dated:    Queens, New York
          November 20, 2020


                    Respectfully submitted,

                    *By: /s/ Mars Khaimov*
                    Mars Khaimov, Esq.
                    Mars Khaimov Law, PLLC
                    10826 64th Avenue, Second Floor
                    Forest Hills, New York 11375
                    marskhaimovlaw@gmail.com
                    *Attorneys for Plaintiff*


All conferences are vacated.  All motions are moot.
The Clerk of Court is directed to close this case.
SO ORDERED.

November 25, 2020